IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS H. FUTCH, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:20-cv-01150-TWT |
| LAU REAL ESTATE, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

Plaintiff having announced to the Court that the parties in the above civil action have reached a settlement, the Court directs the Clerk to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissals consistent with the Notice of Settlement [Doc. 18].

**SO ORDERED**, this 25 day of September, 2020.

_____
Hon. Thomas W. Thrash, Jr.
Chief United States District Judge